E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JEFFREY M. CHEMERINSKY (Cal Bar No. 270756)
SHAWN T. ANDREWS (Cal. Bar No. 319565)
AMY E. POMERANTZ (Cal. Bar No. 275691)
Assistant United States Attorneys
Violent & Organized Crimes Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6520
     Facsimile: (213) 894-0141
     E-mail:   jeffrey.chemerinsky@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                UNITED STATES DISTRICT COURT

             FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 17-278-ODW-1, 6 |
| Plaintiff, | JOINT STATEMENT OF THE CASE |
| v. | Trial Date:  May 16, 2023 |
| JOSE BALMORE ROMERO,<br>   aka "Porky," and<br>ERWIN ALEXANDER MELGAR,<br>   aka "Snoopy," | Location:    Courtroom of the<br>                Hon. Otis D. Wright |
| Defendants. | |

     Plaintiff United States of America, by and through its counsel

of record, the United States Attorney for the Central District of

California and Assistant United States Attorneys Jeffrey M.

Chemerinsky, Shawn T. Andrews, and Amy E. Pomerantz, and defendant #1

JOSE BALMORE ROMERO, by and through his counsel of record, Kenneth

Reed, and defendant #6, ERWIN ALEXANDER MELGAR, by and through his

1  counsel of record, Edward Robinson, hereby submit a Joint Statement
2  of the Case.

3

4   Dated: May 5, 2023                Respectfully submitted,

5                                     E. MARTIN ESTRADA
                                      United States Attorney
6
                                      MACK E. JENKINS
7                                     Assistant United States Attorney
                                      Chief, Criminal Division
8
9                                     _____/s/_____
                                      JEFFREY M. CHEMERINSKY
10                                    Assistant United States Attorney

11                                    Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA
12

13

14  Dated: May 7, 2023                /s/ by email authorization
                                      KENNETH REED
15
                                      Attorney for Defendant
16                                    JOSE BALMORE ROMERO

17

18
    Dated: May 6, 2023                /s/ by email authorization
19                                    EDWARD M. ROBINSON

20                                    Attorney for Defendant
                                      ERWIN ALEXANDER MELGAR
21

22

23

24

25

26

27

28

**JOINT PROPOSED STATEMENT OF THE CASE**

The indictment charges defendants with violations of federal criminal law.  Specifically, the indictment alleges that defendants Jose Balmore Romero and Erwin Alexander Melgar are members of the MS-13 street gang, a criminal gang and enterprise that operates throughout Los Angeles.  Defendants Romero and Melgar are alleged to have knowingly joined the gang and conspired with other MS-13 members and associates, in their roles as leaders of MS-13, to commit various crimes, including drug trafficking and extortion.

There are two different conspiracy charges in this case. First, defendants Romero and Melgar are both charged with Racketeer Influenced and Corrupt Organizations Conspiracy ("RICO"), in violation of 18 U.S.C. § 1962(d).  Specifically, the indictment alleges that defendants Romero and Melgar knowingly conspired, from a date unknown and continuing to on or about May 10, 2017, to conduct and participate, directly and indirectly, in the conduct of the affairs of the enterprise through a pattern of racketeering activity.  Second, defendants Romero and Melgar are charged with Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C. § 846.

Additionally, defendant Melgar is also charged with two counts of Distributing at Least 50 Grams of Methamphetamine, in violation of 18 U.S.C. §§ 841(a)(1), (b)(1)(A).

Defendants Romero and Melgar have pled not guilty to all of these charges.